FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJO COVARRUBIAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-4484 |
| DOUG DRETKE, | § | |
| | § | |
| Respondent. | § | |

# **FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum and Order entered this date, this action is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on this 9th day of March, 2006

_David Hittner_

DAVID HITTNER

United States District Judge